# OPINIONES PER CURIAM DESDE ENERO 16, 1907 A JUNIO 12, 1907.

No. 101. DESMORNES v. DESMORNES.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en enero 16, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Hawkins.* Abogado de la parte contraria: *Sr. Vías Ochoteco.*

No. 107. BANCO TERRITORIAL Y AGRÍCOLA v. MONTALVO ET AL.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en enero 21, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Juan de Guzmán Benítez.* Abogado de la parte contraria: *Sr. de Diego.*

No. 108. SANTIAGO v. BARRERAS ET AL.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en enero 21, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Hernández Usera.* Abogado de la parte contraria: *Sr. Cay. Coll Cuchí.*